The relief described hereinbelow is SO ORDERED

Done this 12th day of April, 2017.

**William R. Sawyer**
**United States Bankruptcy Judge**



_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

James Madison Montgomery aka James M. Montgomery

    Debtor,

CASE NO: 16-11666

## ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING ADEQUATE PROTECTION AS TO NATIONSTAR MORTGAGE LLC

This matter coming on to be heard upon the Motion For Relief From the Automatic Stay and Co-Debtor Stay or in the Alternative Motion for Adequate Protection filed by Nationstar Mortgage LLC and the Court being informed that the Debtor, and Nationstar Mortgage LLC have reached an agreement. The Court having reviewed the pleadings, having considered the stipulations of counsel and having considered all other admissible evidence, it is, hereby, ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion For Relief From the Automatic Stay and Co-Debtor Stay is CONDITIONALLY DENIED as to any arrearage due in connection with the mortgage involved through the month of March 2017, subject to the further provisions of this Order.

2. The post-petition arrearage owed to Nationstar Mortgage LLC through the month of March 2017, in the amount of $811.95 shall be added to the Plan and shall be paid by the Trustee upon the filing of a Proof of Claim. The following is a breakdown of the arrearage to be added to the Plan:

| | |
|---|---|
| Bky Atty Fee | $650.00 |
| Court Cost | $181.00 |
| Less Suspense | $(19.05) |
| Total | $811.95 |

3. The plan payments are increased to $170.00 WEEKLY and the specified payment on the claim is $16.00. The specified payment on the pre-petition arrears claim is increased to $143.00 to maintain feasibility of the plan.

4. As adequate protection, Debtor shall resume the regular consecutive monthly payments in the amount of $1,714.89 beginning with the payment due April 1, 2017. Said payments shall be paid directly by the Debtor to Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741.

5. The Automatic Stay and Co-Debtor Stay is hereby MODIFIED to the extent that should the Debtor fail to maintain such full monthly payments then twenty (20) days after the mailing of written notice by Nationstar Mortgage LLC to Debtor, Debtor's attorney and Trustee regarding such default, and such default continuing past such twenty (20) day period, Nationstar Mortgage LLC may proceed with the foreclosure of the real property in accordance with the terms of its mortgage and the Alabama Code without further order of this Court and shall thereafter amend its claim for the unsecured deficiency which may thereafter remain.

6. In the event the automatic stay and co-debtor stay is terminated pursuant to the terms of this Order, Nationstar Mortgage LLC shall not be required to file a Notice of Mortgage Payment Change, Fee Notice and/or a response to the Trustee's Notice of Final Cure as contemplated by Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

7. Bankruptcy Rule 3001(c)(2)(C), as amended, is not applicable to the Supplemental Proof of Claim to be filed in connection with this Order and Nationstar Mortgage LLC shall not be required to file an escrow account statement as of the date of the bankruptcy filing if one has not previously been filed.

8. In the event the automatic stay and co-debtor stay is terminated pursuant to the terms of this Order, Bankruptcy Rule 4001(a)(3) shall not apply and the Creditor may proceed immediately with foreclosure.

Order consented by:
Rafael Gil, III
Ludlum & Gil, L.L.C.
111 Adris Place, Suite 5
Dothan, AL 36303
(334)673-0100

Sabrina L. Mckinney
Standing Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
(334)262-8371

Order prepared by:
Helen Ball
Shapiro and Ingle, LLP
704-333-8107
File No: 16-011480

**END OF DOCUMENT**