**GERALD M. SHAPIRO**
Admitted in Illinois & Florida only
**DAVID S. KREISMAN**
Admitted in Illinois only
**GRADY I. INGLE**
Admitted in North Carolina and Tennessee only

HELEN BALL
JONATHAN SMOTHERS
WILLIAM P. HARRIS*



**10130 Perimeter Parkway, Suite 400**
**Charlotte, NC 28216**

VOICE (704) 333-8107
FAX (704) 333-8156

http://www.shapiro-ingle.com

NICHOLAS CILLO
SHARON MARIE DAVIS
* Admitted in North Carolina and Alabama only

December 5, 2017

Rafael Gil, III
Ludlum & Gil, L.L.C.
111 Adris Place, Suite 5
Dothan, AL 36303

RE: James Madison Montgomery aka James M. Montgomery
Case #: 16-11666
S&I # 16-011480

Dear Rafael Gil, III,

My client, Nationstar Mortgage LLC, has informed me that the above-referenced debtor(s) has/have failed to maintain the post-petition payments. The account is currently due for the 11/01/2017, post-petition payments in the amount of $1,740.41 each, and 12/01/2017, post-petition payments in the amount of $1,738.23 each with $1,714.89 in suspense. The total default through December, 2017 is $1,763.75.

All payments made to reinstate the account must be in certified funds. Acceptance of partial payments, which do not cure the default in full, is not a waiver of our client's right to proceed with foreclosure for failing to bring the account current within the prescribed timeframe. Payment should be sent directly to Nationstar Mortgage LLC d/b/a Mr. Cooper.

Pursuant to the Order dated April 12, 2017, please consider this your 20 day notice of default. In the event the Debtors fail to completely reinstate the account for post-petition payments within 20 days of the date of this letter, the automatic stay will terminate and my client may proceed with foreclosure.

Please call me if you have any questions.

Very Truly Yours,

SHAPIRO AND INGLE, LLP
WILLIAM P. HARRIS

**GERALD M. SHAPIRO**
Admitted in Illinois & Florida only
**DAVID S. KREISMAN**
Admitted in Illinois only
**GRADY I. INGLE**
Admitted in North Carolina and Tennessee only

HELEN BALL
JONATHAN SMOTHERS
WILLIAM P. HARRIS*



**10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216**

VOICE (704) 333-8107
FAX (704) 333-8156

http://www.shapiro-ingle.com

NICHOLAS CILLO
SHARON MARIE DAVIS
* Admitted in North Carolina and Alabama only

December 5, 2017

Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
RE:   James Madison Montgomery aka James M. Montgomery
        Case #: 16-11666
        S&I # 16-011480

My client, Nationstar Mortgage LLC, has informed me that the above-referenced debtor(s) has/have failed to maintain the post-petition payments. The account is currently due for the 11/01/2017, post-petition payments in the amount of $1,740.41 each, and 12/01/2017, post-petition payments in the amount of $1,738.23 each with $1,714.89 in suspense. The total default through December, 2017 is $1,763.75.

Pursuant to the Order dated April 12, 2017, please consider this the 20 day notice of default. In the event the Debtors fail to completely reinstate the account for post-petition payments within 20 days of the date of this letter, the automatic stay will terminate and my client may proceed with foreclosure.

Please call me if you have any questions.

Very Truly Yours

*/s/ William P. Harris*

SHAPIRO AND INGLE, LLP
WILLIAM P. HARRIS

**GERALD M. SHAPIRO**
Admitted in Illinois & Florida only
**DAVID S. KREISMAN**
Admitted in Illinois only
**GRADY I. INGLE**
Admitted in North Carolina and Tennessee only

HELEN BALL
JONATHAN SMOTHERS
WILLIAM P. HARRIS*



10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

VOICE (704) 333-8107
FAX (704) 333-8156

http://www.shapiro-ingle.com

NICHOLAS CILLO
SHARON MARIE DAVIS
* Admitted in North Carolina and Alabama only

December 5, 2017

James Madison Montgomery aka James M. Montgomery
3202 Kevin Drive
Dothan, AL 36303

RE:  James Madison Montgomery aka James M. Montgomery
     Case #: 16-11666
     S&I # 16-011480

This letter is being sent directly to you pursuant to the terms of that certain Order entered by the bankruptcy court on April 12, 2017. My client, Nationstar Mortgage LLC, has informed me that you have failed to maintain your post-petition payments. The account is currently due for the 11/01/2017, post-petition payments in the amount of $1,740.41 each, and 12/01/2017, post-petition payments in the amount of $1,738.23 each with $1,714.89 in suspense. The total default through December, 2017 is $1,763.75.

All payments made to reinstate the account must be in certified funds. Acceptance of partial payments, which do not cure the default in full, is not a waiver of our client's right to proceed with foreclosure for failing to bring the account current within the prescribed timeframe. Payment should be sent directly to Nationstar Mortgage LLC d/b/a Mr. Cooper.

Pursuant to the Order dated April 12, 2017, please consider this your 20 day notice of default. In the event the Debtors fail to completely reinstate the account for post-petition payments within 20 days of the date of this letter, the automatic stay will terminate and my client may proceed with foreclosure.

If you have any questions, please contact your attorney.

Very Truly Yours,

*/s/ William P. Harris*

SHAPIRO AND INGLE, LLP
WILLIAM P. HARRIS
cc: Rafael Gil, III, Ludlum & Gil, L.L.C.