# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br>James Madison Montgomery,<br><br>    *Debtor(s).* | Case No:   16-11666<br>Chapter:    13 |

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT

**COMES NOW** Anthony B. Bush, Counsel for Debtor, James Madison Montgomery, in adversary proceeding 18-01065 ("Adversary Proceeding"), and respectfully moves this Honorable Court to approve the compromise and settlement of Debtor's claims against Creditor, Nationstar Mortgage, LLC, dba Mr. Cooper ("Creditor"). In support of said motion, Debtor states as follows:

1. On 09/12/2016, Debtor filed a *Voluntary Petition* under Chapter 13, Title 11, of the United States Code, more specifically identified by case number 16-11666 ("Bankruptcy Case").

2. On 03/29/2018, Debtor initiated the Adversary Proceeding against Creditor alleging violations of one or more of the provisions of 11 U.S.C. § 362(a) and/or of 15 U.S.C. § 1692, *et seq.*

3. To avoid the costs and uncertainty of further litigation, Debtor and Creditor (hereinafter, "the Parties") have negotiated in good faith and reached an agreement and compromise of Debtor's claims against Creditor.

4. The terms of the Parties' agreement have been or will be memorialized in a written document. Without limiting such terms, the Parties' agreement includes payment to Debtor in the amount of $5,000.00, plus an agreement that the mortgage loan account

1

remains in bankruptcy status and protected by the automatic stay, in exchange for a dismissal, *with prejudice*, of all Debtor's claims against Creditor.

5. Accordingly, Debtor respectfully seeks this Honorable Court's approval of the compromise and settlement which constitutes, *inter alia*, a full and final compromise and settlement of Debtor's claims against Creditor.

6. Debtor proposes to disburse the settlement proceeds of $5,000.00 as follows:

    a. Chapter 13 Trustee: $0.00 [1];

    b. Attorney's Fees & Expenses: $2,500.00 [2]; and

    c. Debtor: $2,500.00 [3].

7. The undersigned counsel understands that he must make application to this Honorable Court for the approval of attorney fees and expenses incurred in prosecuting the Adversary Proceeding.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court enter an *Order* granting this *Motion to Approve Compromise and Settlement*.

**RESPECTFULLY SUBMITTED** on May 1, 2019.

/s/ Anthony B. Bush
Anthony Brian Bush, Esq.

**OF COUNSEL:**
Anthony B. Bush, Esq.
THE BUSH LAW FIRM, LLC
Counsel for Debtor / Plaintiff

---

[1] This figure represents the non-exempt amount of the settlement proceeds.

[2] This figure is contingent upon an *Order* granting the *Application for Attorney Fees and Expenses* that has been or will be filed. Further, as used herein, attorney fees represent the fees as stated within the *Application for Employment of Professional Person for a Specific Purpose* filed and approved by *Order* of this Court.

[3] This figure represents the exempt amount of the settlement proceeds.

Parliament Place Professional Center
3198 Parliament Circle 302
Phone: (334) 263-7733
Facsimile: (334) 832-4390
Email: anthonybbush@yahoo.com
abush@bushlegalfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 1st day of May 2019, I served a true and correct copy of the foregoing document as follows:
By CM/ECF:
    Bankruptcy Counsel;
    Sabrina L. McKinney, Chapter 13 Standing Trustee;
    Teresa R. Jacobs, Bankruptcy Administrator; and
    All Other Parties of Record.
By fax or email: N/A
By first class mail, postage prepaid and properly addressed: N/A

                        /s/ Anthony B. Bush
                        Of Counsel

3

Case 16-11666  Doc 85  Filed 05/01/19  Entered 05/01/19 12:03:31  Desc Main Document  Page 3 of 3